# EXHIBIT A



US00D789312S

(12) **United States Design Patent**
Wang

(10) Patent No.: **US D789,312 S**
(45) Date of Patent: ** **Jun. 13, 2017**

(54) **SINGLE MAGNETIC BRICK**

(71) Applicant: **Howard Wang**, Hacienda Heights, CA (US)

(72) Inventor: **Howard Wang**, Hacienda Heights, CA (US)

(\*\*) Term: **15 Years**

(21) Appl. No.: **29/541,656**

(22) Filed: **Oct. 6, 2015**

(51) **LOC (10) Cl.** ................................................. **13-99**

(52) **U.S. Cl.**
USPC ........................................................ **D13/183**

(58) **Field of Classification Search**
USPC .......... D13/183, 133, 154, 184, 199; D8/16,
D8/373, 354, 350; D19/75, 96, 97, 100;
174/661, 659, 50, 660, 666, 153 G, 655,
174/58, 60, 64, 656, 665, 135, 152 G, 53,
174/57, 59, 650, 653, 657, 663, 667;
446/129, 132, 137, 138; 63/29.2, 900;
248/206.5, 467; 40/600, 621; 24/691,
24/619; D25/113, 124, 119, 121;
D21/500, 484; D20/22, 41, 43
CPC .... G09F 7/04; G09F 2007/1852; Y10T 24/32;
A44D 2203/00; Y10S 63/90; Y10S
211/01; B43M 99/004
See application file for complete search history.

(56)            **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 3,196,579 A | * | 7/1965 | Lepper | A63F 9/046 446/92 |
| 5,030,158 A | * | 7/1991 | Gal | A63H 33/042 359/896 |
| D330,541 S | * | 10/1992 | Burrow | D13/118 |
| 5,411,262 A | * | 5/1995 | Smith | A63F 9/34 273/156 |
| 5,651,715 A | * | 7/1997 | Shedelbower | A63F 9/088 273/155 |
| 6,024,626 A | * | 2/2000 | Mendelsohn | A63H 33/046 446/124 |
| D449,282 S | * | 10/2001 | Kramer | D13/199 |
| 6,431,936 B1 | * | 8/2002 | Kiribuchi | A63H 33/046 446/129 |
| 6,969,294 B2 | * | 11/2005 | Vicentelli | G09F 7/04 446/129 |
| 7,066,778 B2 | * | 6/2006 | Kretzschmar | A63H 33/046 446/124 |
| D632,892 S | * | 2/2011 | Zalewski | D3/273 |
| D693,320 S | * | 11/2013 | Zelazowski | D13/183 |
| 9,314,707 B2 | * | 4/2016 | Ornstein | A63H 33/046 |
| 9,364,769 B2 | * | 6/2016 | Kosmo | A63H 33/42 |

(Continued)

OTHER PUBLICATIONS

"Magnetic Stick n Stack." Product advertisement. Amazon.com.
Oct. 2013. https://www.amazon.com/dp/B00DAJBD9A?psc=1.*

(Continued)

*Primary Examiner* — Derrick Holland
*Assistant Examiner* — Jennifer O King
(74) *Attorney, Agent, or Firm* — Clement Cheng

(57)                **CLAIM**
The ornamental design for a single magnetic brick, as shown
and described.

                **DESCRIPTION**
FIG. **1** is a perspective view of a single magnetic brick.
FIG. **2** is a front view.
FIG. **3** is a rear view.
FIG. **4** is a left side view.
FIG. **5** is a right side view.
FIG. **6** is a top view; and,
FIG. **7** is a bottom view.
The broken lines shown represent unclaimed subject matter
and form no part of the claimed design.

**1 Claim, 3 Drawing Sheets**



**US D789,312 S**

Page 2

---

(56)          **References Cited**

U.S. PATENT DOCUMENTS

2003/0046845 A1 *   3/2003  Boddie  ..................... G09F 7/04
                                                    40/600

OTHER PUBLICATIONS

"Magna Tiles Clear Colors 100 Piece Set." Product Advertisement.
Amazon.com.     Dec.     2007.     https://www.amazon.com/
Magnac%ADTiles%ADClear%ADColors%AD100%ADPiece/dp/
B000CBSNRY/ref=sr_1_1?ie=UTF8&qid=1469829474
&sr=8%AD1&keywords=magna+tiles.*

* cited by examiner



**FIG. 1**

**U.S. Patent**     Jun. 13, 2017     Sheet 2 of 3     US D789,312 S



FIG. 2



FIG. 3

**U.S. Patent**  Jun. 13, 2017  Sheet 3 of 3  US D789,312 S



FIG. 4

FIG. 5

FIG. 6

FIG. 7



US00D784938S

(12) **United States Design Patent**       (10) Patent No.:       **US D784,938 S**
Wang                                        (45) Date of Patent:   ** **Apr. 25, 2017**

(54) **MAGNETIC BRICK**

(71) Applicant: **Howard Wang**, Hacienda Heights, CA (US)

(72) Inventor: **Howard Wang**, Hacienda Heights, CA (US)

(**) Term: **15 Years**

(21) Appl. No.: **29/541,658**

(22) Filed: **Oct. 6, 2015**

(51) **LOC (10) Cl.** ............................................. **13-99**

(52) **U.S. Cl.**
USPC ........................................................ **D13/183**

(58) **Field of Classification Search**
USPC ......... D13/183, 133, 154, 184, 199; D8/16,
D8/373, 354, 350; D19/75, 96, 97, 100;
174/661, 659, 50, 660, 666, 153 G, 655,
174/58, 60, 64, 656, 665, 135, 152 G, 53,
174/57, 59, 650, 653, 657, 663, 667;
446/129, 132, 137, 138; 63/29.2, 900;
248/206.5, 467; 40/600, 621; 24/691,
24/619; D25/113, 124, 119, 121;
D21/500, 484; D20/22, 41, 43
CPC .... G09F 7/04; G09F 2007/1852; Y10T 24/32;
A44D 2203/00; Y10S 63/90; Y10S
211/01; B43M 99/004
See application file for complete search history.

(56)                    **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,196,579 A | * | 7/1965 | Lepper ..................... A63H 33/046 446/92 |
| 5,030,158 A | * | 7/1991 | Gal ........................ A63H 33/042 359/896 |
| D330,541 S | * | 10/1992 | Burrow ..................... D13/118 |
| 5,411,262 A | * | 5/1995 | Smith ...................... A63F 9/34 273/156 |
| 5,651,715 A | * | 7/1997 | Shedelbower ......... A63F 9/088 273/155 |
| 6,024,626 A | * | 2/2000 | Mendelsohn ......... A63H 33/046 446/124 |
| D449,282 S | * | 10/2001 | Kramer ..................... D13/199 |
| 6,431,936 B1 | * | 8/2002 | Kiribuchi ........... A63H 33/046 446/129 |
| 6,969,294 B2 | * | 11/2005 | Vicentelli ............... G09F 7/04 446/129 |
| 7,066,778 B2 | * | 6/2006 | Kretzschmar ........ A63H 33/046 446/124 |
| D632,892 S | * | 2/2011 | Zalewski ................. D3/273 |
| D693,320 S | * | 11/2013 | Zelazowski ............. D13/183 |
| 9,314,707 B2 | * | 4/2016 | Ornstein ............ A63H 33/046 |
| 9,364,769 B2 | * | 6/2016 | Kosmo ............... A63H 33/42 |

(Continued)

OTHER PUBLICATIONS

"Magnetic Stick n Stack." Product advertisement. Amazon.com.
Oct. 2013. https://www.amazon.com/dp/B00DAJBD9A?psc=1.*

(Continued)

*Primary Examiner* — Derrick Holland
*Assistant Examiner* — Jennifer O King
(74) *Attorney, Agent, or Firm* — Clement Cheng

(57)                    **CLAIM**

The ornamental design for a magnetic brick, as shown and
described.

**DESCRIPTION**

FIG. **1** is a perspective view of a magnetic brick.
FIG. **2** is a front thereof;
FIG. **3** is a rear view thereof;
FIG. **4** is a left side thereof;
FIG. **5** is a right side thereof;
FIG. **6** is a top view thereof; and,
FIG. **7** is a bottom view thereof.
The broken lines shown represent unclaimed subject matter
and form no part of the claimed design.

**1 Claim, 4 Drawing Sheets**



**US D784,938 S**

Page 2

---

(56)                    **References Cited**

U.S. PATENT DOCUMENTS

2003/0046845  A1 *    3/2003  Boddie  ..................... G09F 7/04
                                                        40/600

OTHER PUBLICATIONS

"Magna Tiles Clear Colors 100 Piece Set." Product Advertisement.
Amazon.com.    Dec.    2007.    https://www.amazon.com/
Magna%ADTiles%ADClear%ADColors%AD100%ADPiece/dp/
B000CBSNRY/ref=s_1_1?ie=UTF8&qid=1469829474
&sr=8%AD1&keywords=magna+tiles.*

* cited by examiner

**U.S. Patent**    Apr. 25, 2017    Sheet 1 of 4       US D784,938 S



FIG. 1



FIG. 2



FIG. 3

U.S. Patent          Apr. 25, 2017          Sheet 4 of 4          US D784,938 S



# EXHIBIT B

amazon.com/Pieces-Magnetic-Building-Playboards-DreambuilderToy/dp/B083K45NC4/ref=sr_1_8?dchild=1&keywords=dreambuilder%2Bblocks&qid=1635838659&sr=8-8&th=1

amazon | Hello Select your address | All | dreambuilder+blocks | Hello, Sign in Account & Lists | Returns & Orders | 0 Cart

All | Sell | Best Sellers | Amazon Basics | Customer Service | Prime | New Releases | Early Black Friday Deals | Books | Registry | Pharmacy | Fashion | Kindle Books | Toys & Games | Gift Cards | Be a go-gifter, shop deals now

Toys & Games | Holiday Toy List | Shop Toys by Age | Shop Toys by Character | Shop Best Selling Toys | Shop Newly Released Toys | Shop Amazon Exclusive Toys | Shop Toys Deals | Create a Birthday Gift List | Create a Holiday Gift List

amazon live — Gift Ideas from Small Businesses with Drew Barrymore & Gabrielle Union — Shop on amazon.com/live

Toys & Games › Dress Up & Pretend Play › Pretend Play › Magnetic & Felt Playboards

Roll over image to zoom in

Brand: dreambuilderToy

dreambuilderToy 100 Pieces Magnetic Tiles Clear 3D Building Blocks with 8 Large Playboards, STEM Magnetic Tiles Set

1,432 ratings | 13 answered questions

Price: $39.99

Coupon: Save an extra 15% when you apply this coupon. Terms

Get $60 off instantly: Pay $0.00 upon approval for the Amazon Store Card.

Size: 100 PC set

100 PC set $39.99 | 60 PC Set $29.99

| | |
|---|---|
| Brand | DreambuilderToy |
| Material | Acrylonitrile Butadiene Styrene |
| Number of Pieces | 64 |
| Educational Objective | Team Building Skills, Creative Thinking |

**About this item**

- [Best Value] Total 100 MAGNETIC TILES, 8 x large square (6" x 6"),20 x small triangular (3" x 3") ,46 x small square (3" x 3"), 12 x right triangular (3" x 4")and 14 x tall triangular (3" x 5.5")
- [Great Toys for Kids] The Magnet Building Tiles Clear 3D Blocks will encourage kids for creativity, brain development and critical thinking.
- [Fun and Safe]The magnets block toys use high quality original ABS material, all rainbow color pieces have been through ultrasonic process for better tightness。Smooth edge of each tile will never hurt baby's little hands.
- [Present For Kids] The attractive colorful building plates will make Wonderful Birthday or Christmas Gift for Boys or Girls;
- [Learning By Playing] - Learning wont be so boring if you can mix it with playing. The 3D play set would introduce young children with basic geometrical shapes, sense of color, and basic 3D structure & architectural design at early age.

New (2) from $39.99 & FREE Shipping

Inspire a love of reading with Amazon Book Box for Kids
Discover delightful children's books with Amazon Book Box, a subscription that delivers new books every 1, 2, or 3 months — new Amazon Book Box Prime customers receive 15% off your first box. Learn more.

$39.99

FREE delivery: Nov 16 - 19

Select delivery location

In Stock.

Qty: 1

Add to Cart

Buy Now

Secure transaction

Ships from DreambuilderToy
Sold by DreambuilderToy

Return policy: Returnable until Jan 31, 2022

Add to List

New (2) from $39.99 & FREE Shipping

Share

Frequently bought together

amazon.com/DreambuilderToy-Pieces-Magnetic-Building-Playboards/dp/B075FJS3C9/ref=sr_1_2_sspa?dchild=1&keywords=B075FJS3C9&qid=1635838828&sr=8-2-spons&spLa=ZW5jcnlwdGVkUXVh...

amazon Hello Select your address | All | B075FJS3C9 | Hello, Sign in Account & Lists | Returns & Orders | 0 Cart

All | Sell | Best Sellers | Amazon Basics | Customer Service | Prime | New Releases | Early Black Friday Deals | Books | Registry | Pharmacy | Fashion | Kindle Books | Toys & Games | Gift Cards | Be a go-gifter, shop deals now

Toys & Games | Holiday Toy List | Shop Toys by Age | Shop Toys by Character | Shop Best Selling Toys | Shop Newly Released Toys | Shop Amazon Exclusive Toys | Shop Toys Deals | Create a Birthday Gift List | Create a Holiday Gift List

amazon live — Gift Ideas from Small Businesses with Drew Barrymore & Gabrielle Union — Shop on amazon.com/live

Toys & Games › Dress Up & Pretend Play › Pretend Play › Magnetic & Felt Playboards

Roll over image to zoom in

Brand: dreambuilderToy

dreambuilderToy 60 Pieces Set Magnet Building Tiles Clear Magnetic Clear Magnetic 3D Building Blocks Construction Playboards, STEM Magnetic Tiles Birthday Gifts for Boys and Girls

1,432 ratings | 13 answered questions

Price: $29.99 & FREE Returns

Coupon: Save an extra 15% when you apply this coupon. Terms

Get $60 off instantly: Pay $0.00 upon approval for the Amazon Store Card.

Size: 60 PC Set

| 60 PC Set | 100 PC set |
|---|---|
| $29.99 | $39.99 |

| | |
|---|---|
| Brand | DreambuilderToy |
| Material | Acrylonitrile Butadiene Styrene |
| Number of Pieces | 64 |
| Educational Objective | Team Building Skills, Shape Recognition, Creative Thinking, Spatial Reasoning, Motor Skills, Problem Solving Skills, STEM |

See more

About this item

- [Best Value] Total 60 MAGNETIC TILES, 4x large square (6" x 6"),18 x triangular (3" x 3") ,24 x square (3" x 3"), , 8 x right triangular (3" x 4")and 6 x tall triangular (3" x 5.5")
- [Great Toys for Kids] The Magnet Building Tiles Clear 3D Blocks will encourage kids for creativity, brain development and critical thinking.
- [Fun and Safe]The magnets block toys use high quality original ABS material, all rainbow color pieces have been through ultrasonic process for better tightness。Smooth edge of each tile will never hurt baby's little hands.
- [Great Present For Kids] The attractive colorful building plates will make Wonderful Birthday or Christmas Gift for Boys or Girls;
- Early age STEM toy-- This STEM toy is design for early age kids to improve color and pattern recognition, balance, sense of scale, fine motor skills, spacial reasoning, imaginative play, problem solving and storytelling.

Inspire a love of reading with Amazon Book Box for Kids
Discover delightful children's books with Amazon Book Box, a subscription that delivers new books every 1, 2, or 3 months — new Amazon Book Box Prime customers receive 15% off your first box. Learn more.

$29.99
& FREE Returns
FREE delivery: Wednesday, Nov 17 Details
Fastest delivery: Saturday, Nov 13
Order within 8 hrs and 56 mins
Details
Select delivery location
In Stock.
Qty: 1
Add to Cart
Buy Now
Secure transaction
Ships from Amazon
Sold by DreambuilderToy
Return policy: Returnable until Jan 31, 2022
prime
Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime
Try Prime and start saving today with Fast, FREE Delivery
Add a gift receipt for easy returns
Add to List
Share



