**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **LALTITUDE, LLC,** | : | |
| | : | **CASE NO. 2:22-CV-02911** |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **JUDGE EDMUND A. SARGUS** |
| | : | |
| **DREAMBUILDER TOY, LLC** | : | **MAGISTRATE JUDGE KIMBERLY A. JOLSON** |
| | : | |
| **Defendant.** | : | |

**NOTICE OF DISMISSL WITH PREJUDICE**

Now comes Plaintiff Laltitude, LLC and hereby dismisses all claims, pursuant to Fed. Civ. R. 41(a), against Defendant with prejudice. Defendant's counter claims have been resolved as part of the Parties settlement agreement, see Exhibit A.

Respectfully submitted,

*/s/ Allison L. Harrison*

Allison L. Harrison (#0086324)
ALH Law Group
100 East Broad Street, Suite 320
Columbus, OH 43215
(614) 440-1395
allison@alhlaw.com
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

This certifies that a copy of the foregoing was served upon the following persons on January 24, 2024 via email.
Matthew James Schonauer
mschonauer@ubglaw.com
Attorney for Defendant Dreambuilder Toy LLC

*/s/Allison L. Harrison*

Allison L. Harrison (0086324)