UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**LALTITUDE, LLC,**

    **Plaintiff,**

v.

**DREAMBUILDER TOY, LLC,** *et al.*,

    **Defendants.**

**Case No. 2:22-cv-2911**
**Judge Edmund A. Sargus, Jr.**
**Magistrate Judge Kimberly A. Jolson**

## ORDER

This matter is before the Court on the Joint Motion for Permanent Injunction and Joint Motion to Dismiss filed by Plaintiff Laltitude, LLC and Defendant Dreambuilder Toy, LLC. (ECF No. 50.) The Court **GRANTS** the Parties' Joint Motion for Permanent Injunction (ECF No. 50) and enters the requested permanent injunction. The Parties' Joint Motion to Dismiss (ECF No. 50) is **DENIED as moot**.

Pursuant to the Parties' Joint Motion for Permanent Injunction (ECF No. 50), Defendant Dreambuilder Toy, LLC is **PERMANENTLY ENJOINED** from engaging in the manufacture, use, sale, or offer for sale of the following, until after the expiration date of the respective Patents:

1. Products associated with Amazon Standard Identification Number ("ASIN") B075FJS3C9, and ASIN B083K45NC4.

2. PicassoTiles magnetic tiles, PicassoTiles compatible magnetic tiles (such as those associated with ASIN B07VT7N2LV, B00AU56C5W, B0844WB7S5, B09PB9R53P, B09JYR9CCX, B073RRQNX1, B087D93828, and ASIN B07VT519NV products), and any other products that infringe upon any patents asserted in this action.

3. This injunction is agreed not to include Defendant's products associated with ASIN B011FCA02O, ASIN B0878C9D4X, ASIN B07RHXSKK5, ASIN B01362R66E, and ASIN B0878F8K4X.

Additionally, the Parties jointly stated that "[u]pon entry of the stipulated injunction and pursuant to [F]ed. R. Civ. P. 41(a)(1)(A)(ii), the [P]arties hereby dismiss all claims in this case WITH PREJUDICE." (ECF No. 50, PageID 397.) Because the Parties jointly stipulate to dismissal of this case, the Court need not approve the Parties' Joint Motion to Dismiss. Accordingly, the Parties' Joint Motion to Dismiss (ECF No. 50) is **DENIED as moot**.

The Clerk is **DIRECTED** to close this case on the Court's docket.

**IT IS SO ORDERED.**

 9/8/2025                                                     s/Edmund A. Sargus, Jr.
**DATE**                                                        **EDMUND A. SARGUS, JR.**
                                                                        **UNITED STATES DISTRICT JUDGE**